UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE AVILA,<br><br>            Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>            Defendant. | CASE NO.  12-10707 AGR<br><br>JUDGMENT |

   IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: February 3, 2014

*Alicia G. Rosenberg*

ALICIA G. ROSENBERG
United States Magistrate Judge