PATRICIA L. McCABE
Law Offices of Patricia L. McCabe
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907- 9726
Facsimile: (818) 907-6384
E-mail: patricia@mccabedisabilitylaw.com

Attorney for Plaintiff,
Felipe Avila

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Felipe Avila | Case No. CV-12-10707-AGR |
| Plaintiff. | |
| v. | ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) AND COSTS |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security | |
| Defendant. | Judge: Hon. Alicia G. Rosenberg |

Based upon the parties' Stipulation for Award of Attorney's Fees Under the Equal Access to Justice Act and Costs (Stipulation), IT IS ORDERED that attorney fees be paid in the amount of Four Thousand Eight Hundred and 00/100 Dollars ($4,800.00), pursuant to 28 U.S.C. § 2412(d), and costs be paid in the amount of Sixty-One and 05/100 Dollars ($61.05), pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: May 15, 2014

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE